LOUIS A. MINKOWSKY, Respondent, v. " SAMUEL " A. BOBROV, First Name " Samuel " Being Fictitious, Same Being Unknown to Plaintiff, Appellant.— Order of the City Court of the City of Mount Vernon directing examination of defendant before trial affirmed, with ten dollars costs and disbursements. No opinion. Examination to proceed on five days' notice. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

NASSAU CONCRETE PRODUCTS CORP., JOSEPH JACOBS and ARTHUR JACOBS, Doing Business under the Firm Name of JOSEPH JACOBS AND SON, PHILIP PASTERNAK and HARRY WOLSKY, Doing Business under the Firm Name of PASTERNAK AND WOLSKY, JOHN WARD and FERDINAND PRINZ, Doing Business under the Firm Name of WARD & PRINZ, LUDWIG MACK and HENRY HINCK, Doing Business under the Firm Name of MACK & HINCK, C. MILTON FOREMAN and Others, Doing Business as MILL TRIM COMPANY, CHARLES SCHILDKNECHT, Doing Business as JOSEPH SCHILDKNECHT & SONS, Respondents, v. FREEPORT ACRES, INC., and Others, Defendants, and MONROE MILLER & CO., INC., and MONROE MILLER, Appellants.— Action brought under the provisions of the Lien Law to impress a trust upon moneys received by a builder. Order in so far as it denies motion of appellants to dismiss the complaint on the ground that it does not state facts sufficient to constitute a cause of action, affirmed, with ten dollars costs and disbursements, with leave to appellants to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

LAWRENCE O'NEILL, as Guardian ad Litem of GEORGE O'NEILL, an Infant, etc., and LAWRENCE O'NEILL, Respondents, v. NATIONAL TRANSPORTATION Co., INC., Appellant.— Action to recover damages for personal injuries resulting from the collision of two motor vehicles. Order denying defendant's motion to change the venue from Westchester county to New York county reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. It appearing that plaintiffs reside in Bronx county, and defendant's principal place of business being in New York county, the court erred in denying the motion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

HAMILTON O. PENN and FLORENCE C. PENN, His Wife, AUGUSTA P. DICKSON, ETHEL JEAN KRONFELD, ETHELIND A. M. PATERSON, and Her Husband, ELLSWORTH G. D. PATERSON, WILLIAM JOHN LEFFLER, ARON H. JACOBSON and THOMAS F. CARROLL, Appellants, v. HENRY J. AMY, Respondent.— Action to enjoin respondent from violating a restrictive covenant. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

ANNA T. ROCK and EDWARD A. ROCK, Respondents, v. THOMAS FARINA and ANGELO MUSCO, Appellants.— In an action to recover damages for personal injuries and for loss of services, order denying defendants' motion for change of place of trial from Kings county to Orange county reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The cause of action arose in Orange county, where the great majority if not all of the witnesses reside. The convenience of witnesses and the ends of justice will be promoted by the change. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.